IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**RIBIERO SANTOS,**

*Petitioner,*

v.

**ODDO,** et al.                              Civil No.: 3:25-cv-540

*Respondents.*

## NOTICE OF VOLUNTARY DISMISSAL

The Petitioner, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss the Petition (Doc. 1) as Petitioner has received a removal order and wishes to return to his home country. The Petitioner is currently being held in the Moshannon Valley ICE Processing Center. Further, Petitioner affirms that each party shall bear their own costs and fees.

Dated: February 19, 2026                    Respectfully Submitted,

*s/ Lina Ruth Duiker, Esq.*
Lina Ruth Duiker, Esquire
PA Bar No. 332293
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
lina@piclaw.com

ATTORNEY FOR PETITIONER

AND NOW, this 19th day of February, 2026
IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE